# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0153. JANET GUZZARDO v. PAUL MORONESE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of the Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

In their briefs on appeal, in addition to any other issues the parties wish to address, the parties should address whether the former husband gave false responses to formal discovery in the conversion case, whether the former wife was entitled to rely in this case on discovery responses given in that case, and whether any such false responses are belied by newly discovered evidence.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/20/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*